IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PAUL FLEMING, | |
| Plaintiff, | No. 3:12-CV-824 |
| v. | (JUDGE CAPUTO) |
| SCRANTON, PA LACKAWANNA COUNTY, ET AL., | (MAGISTRATE JUDGE SMYSER) |
| Defendants | |

## ORDER

**NOW** this 26th day of June 2012, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED.**

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge