**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEVEN PAUL FLEMING, | CIVIL ACTION NO. 3:12-CV-824 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| SCRANTON, PA LACKAWANNA COUNTY, ET AL., | (MAGISTRATE JUDGE SMYSER) |
| Defendants. | |

**ORDER**

**NOW**, this 30th day of July, 2012, **IT IS HEREBY ORDERED** that Plaintiff Steven P. Fleming's Motion to Reopen (Doc. 8) is **DENIED**.

                                                      /s/ A. Richard Caputo
                                                     A. Richard Caputo
                                                     United States District Judge