## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN PAUL FLEMING,

      Plaintiff,

        v.

SCRANTON, PA LACKAWANNA
COUNTY, ET AL.,

      Defendants.

CIVIL ACTION NO. 3:12-CV-824

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

### ORDER

**NOW**, this 30th day of July, 2012, **IT IS HEREBY ORDERED** that Plaintiff Steven P. Fleming's Motion to Reopen (Doc. 8) is **DENIED**.

     /s/ A. Richard Caputo
     A. Richard Caputo
     United States District Judge